1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   GABRIEL H. S. BALDWIN,

12               Petitioner,                    No. CIV S-07-1429 MCE CMK P

13         vs.

14   A. HEDGEPETH, et al.,

15               Respondents.              ORDER

16   _____/

17            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis

19   and a request for appointment of counsel.

20            The application attacks a conviction issued by the Los Angeles Superior Court.

21   While both this Court and the United States District Court in the district where petitioner was

22   convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any

23   and all witnesses and evidence necessary for the resolution of petitioner's application are more

24   readily available in Los Angeles County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

25   / / /

26   / / /

1           Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2           1.  This court has not ruled on petitioner's application to proceed in forma

3 pauperis or petitioner's application for appointment of counsel; and

4           2.  This matter is transferred to the United States District Court for the Central

5 District of California.

6

7 DATED:   July 23, 2007.

8

9

10

                             **CRAIG M. KELLISON**
                             UNITED STATES MAGISTRATE JUDGE

2